UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY NEIL ALFRED,

    Plaintiff,

v.                      Case No. 3:16cv227/LC/CJK

STEPHEN K. ENFINGER, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 26, 2016 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing the timely objections to the Recommendation *de novo*, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of June, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**